# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No. 5:02-cr-44-Oc-31GRJ**

**MARK JEFFREY ERP**

_____

## ORDER

Upon consideration of Defendant's Motion for Recusal (Doc. 118), it is

**ORDERED** that said Motion is GRANTED.  The undersigned hereby recuses himself

from this case and the Clerk is directed to reassign the case to another judge of this Court.  The

show cause hearing scheduled for February 15, 2006 is hereby CANCELLED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 15, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
United States Attorney
United States Marshals Service
United States Probation Office
Courtroom Deputy
Counsel for Defendant
Mark Jeffrey Erp